# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LEON CARIL II,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>   Defendants. | CASE NO. 2:19-cv-01251 RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. This matter is dismissed without prejudice, and the case is closed. Plaintiff's *in forma pauperis* status is revoked for any appeal.

(2) The Clerk shall send copies of this order to plaintiff and Judge Creatura.

Dated this 6th day of January, 2020.

Ronald B. Leighton
United States District Judge